IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-cv-00227-BR

| | |
|---|---|
| John Baker, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Murphy-Brown LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Lakesa T. Kelly, Administrator of the Estate of Alonzo Junior Kelly, requesting that she be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Lakesa T. Kelly, Administrator of the Estate of Alonzo Junior Kelly, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Alonzo Junior Kelly the following: "Lakesa T. Kelly, Administrator of the Estate of Alonzo Junior Kelly."

So ordered, this the 14 day of January, 2019.

Robert B. Jones, Jr.
United States Magistrate Judge